## 55521. HOLLINGSWORTH v. THE STATE.

BIRDSONG, Judge.

This is a pro se appeal. We have examined the record and transcript of evidence and find no errors of law which would require reversal.

*Judgment affirmed. Bell, C. J., and Shulman, J., concur.*

SUBMITTED FEBRUARY 28, 1978 — DECIDED APRIL 10, 1978.

Charles J. Hollingsworth, *pro se.*

*William F. Lee, Jr., District Attorney, Michael G. Kam, Assistant District Attorney,* for appellee.